IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**GUSTAVO GARCIA VIGIL,**

    *Petitioner*,

v.

**KRISTI NOEM,** *et al.*,

    *Respondents*.

Civil No.: 1:25-cv-03329-JRR

## ORDER

Pending now before the court is Petitioner Gustavo Garcia Vigil's Amended Petition for Writ of Habeas Corpus (ECF No. 9; the "Petition"), as well as Respondents' Response and Motion to Dismiss (ECF No. 14; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss today, November 4, 2025. For the reasons set forth on the record in open court, it is this 4th day of November 2025:

**ORDERED** that the Petition shall be, and is hereby, **DENIED WITHOUT PREJUDICE**; in view of Respondents' express statement that Petitioner is entitled to seek a bond hearing and that his detention is discretionary pursuant to 8 U.S.C. 1226, this order is without prejudice to Petitioner's entitlement to seek a bond hearing before an Immigration Judge; and to pursue subsequent relief as he sees fit; and further it is

**ORDERED** that the Motion to Dismiss shall be, and is hereby, **DENIED AS MOOT**;[1] and further it is

**ORDERED** that the order at ECF No. 7 shall be, and is hereby, **VACATED**.

Madam Clerk is directed to **CLOSE THIS CASE.**

---

[1] The court erroneously articulated on the bench during oral ruling that the Motion to Dismiss would be granted; this order corrects that misstatement/oversight. FED. R. CIV. P. 60(a).

/S/

_____
Julie R. Rubin
United States District Judge